USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAHIANNY CAROLINA JIMENEZ DE ALTAGRACIA,

        Plaintiff,

-against-

A. DUIE PYLE INC., and VLADIMIR GUILLAUME-SAM,

        Defendants.

24-CV-8625 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during today's Show-Cause Hearing, it is hereby ORDERED that the Order to Show Cause (Dkt. 21) is DISCHARGED. Plaintiff's counsel is warned that the Court will not hesitate to impose sanctions should he once again violate any of this Court's pre-trial orders or fail to comply with any of his pre-trial obligations.

Dated: New York, New York
       February 21, 2025

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**